Lodowick Holmes JONES, applt., v. Harry T. RAMSDELL et al., respts. (Supreme Court, Appellate Division, Fourth Department.

October 4, 1916.) Appeals Nos. 3, 4, 5, 6, and 7. Motion granted and appeals dismissed, with costs.

Carl JUNK v. TERRY & TENCH CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application granted. Order signed.